Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

■

YETTA LINDENBAUM, as Administratrix of the Estate of LOUIS LINDENBAUM, Deceased, Respondent, v. MAX GROSS, Appellant.—

No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■

ADELE E. McGONAGLE, Appellant, v. EVERETT J. McGONAGLE, Respondent.—

No opinion. Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND RODRIGUEZ, Appellant.—

Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND RODRIGUEZ, Appellant.—

Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ., concur.

■

JENNIE REMIS et al., Appellants, v. MARTHA S. LOOMIS, as Administratrix C. T. A. of JAMES D. SHEA, Deceased, Respondent.—

Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ.